1

2

3

4

5

6

7

8

9

10

FILED
2009 NOV -6 AM 11:00
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,      )   No. EDCR 09 **CR09- 00140** VAP
                                   )
12         Plaintiff,              )   I N F O R M A T I O N
                                   )
13         v.                      )   [18 U.S.C. § 704(a), (d):
                                   )   Unauthorized Wearing of Military
14  STEVEN DOUGLAS BURTON,         )   Medals or Decorations]
                                   )
15         Defendant.              )   [CLASS A MISDEMEANOR]
                                   )
16  _____ )

17

18      The Unites States Attorney charges:

19              [18 U.S.C. § 704(a), (d)]

20      On or about October 31, 2008, in Riverside County, within the

21  Central District of California, and elsewhere, defendant STEVEN

22  DOUGLAS BURTON knowingly wore decorations and medals authorized by

23  Congress for the armed forces of the United States, and service medals

24  and badges awarded to the members of such forces, and ribbons,

25  buttons, and rosettes of such badges, decorations, and medals, and

26  colorable imitations thereof, in a manner not authorized under

27  regulations made pursuant to law.  Defendant was not authorized by law

28  to wear such decorations, service medals, and badges, which included

1 | the Navy Cross awarded under section 6242 of Title 10 and the Purple

2 | Heart awarded under section 1129 of Title 10, because he had not been

3 | a member of any branch of the military or of any armed force and had

4 | not been awarded any such decorations, service medals, or badges,

5 | including the Navy Cross and the Purple Heart.

GEORGE S. CARDONA
Acting United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

DOUGLAS A. AXEL
Assistant United States Attorney
Chief, Major Frauds Section

ALKA SAGAR
Assistant United States Attorney
Deputy Chief, Major Frauds Section

JOSEPH N. AKROTIRIANAKIS
Assistant United States Attorney
Major Frauds Section